**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Supreme Court**

The State, Respondent,

v.

Christopher D. Campbell, Petitioner.

Appellate Case No. 2016-002190

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

Appeal From Charleston County
W. Jeffrey Young, Circuit Court Judge

Memorandum Opinion No. 2019-MO-029
Heard May 9, 2019 – Filed June 12, 2019

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Appellate Defender Susan B. Hackett, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Mark R. Farthing, both of Columbia;

and Solicitor Scarlett A. Wilson, of Charleston, all for Respondent.

_____

**PER CURIAM:**  We granted Christopher Campbell's petition for a writ of certiorari to review the decision of the Court of Appeals in *State v. Campbell*, Op. No. 2016-UP-367 (S.C. Ct. App. filed July 20, 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ. and Acting Justice L. Casey Manning, concur.**